**Lisa BARNES–McNEELY, Appellant,**

v.

**ARKANSAS DEPARTMENT OF HEALTH AND HUMAN SERVICES, Pine Bluff Division; Gwen Williams, Mrs., Agency Supervisor/Coordinator in her official and individual capacity; Rosemary Caudle, in her official and individual capacity (Supervisor); Minnie Berry, Mrs., Agency Supervisor in her official and individual capacity; Beverly Harris, Mrs., official and individual capacity (Fraud Investigator); Department of Health and Human Services, Director, Kathleen Sebelius,[1] Washington, DC; Department of Agri-**

---

1. Kathleen Sebelius has been appointed to

serve as Secretary of the Department of

culture, Thomas J. Vilsack[2], Appellees.

No. 09–1824.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 10, 2010.

Filed: Feb. 23, 2010.

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Lisa Barnes–McNeely appeals the district court's[3] dismissal of her civil action, and has filed motions to strike appellees' briefs and for a default judgment. Upon careful de novo review, *see Schaaf v. Residential Funding Corp.*, 517 F.3d 544, 549 (8th Cir.), *cert. denied*, —— U.S. ——, 129 S.Ct. 222, 172 L.Ed.2d 142 (2008), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B. In addition, Barnes's pending motions are denied.

Health and Human Services, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

2. Thomas J. Vilsack has been appointed to serve as Secretary of the Department of Agriculture, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

3. The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.